IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOYCE ANN WATTS,

          Plaintiff,

v.                                           CIVIL ACTION NO.   3:20-0624

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,[1]

          Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Dwane L. Tinsley United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Claimant's request to reverse the Commissioner's decision (ECF No. 15), grant the Commissioner's request to affirm her decision (ECF No. 16), affirm the final decision of the Commissioner, and dismiss this action from this Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **DENIES** Claimant's request to reverse the Commissioner's decision (ECF No. 15), **GRANTS** the Commissioner's request to affirm her decision (ECF No.

---

[1]Kilolo Kijakazi is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (stating that action survives regardless of any change in the person occupying the office of the Commissioner of Social Security).

16), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from this Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: August 11, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE